(No. 3763—

HENRY KOPPEIN, DOING BUSINESS AS KOPPEIN AND COMPANY AND AS KOPPEIN'S SERVICE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 9, 1943.*

RALPH P. SHERIDAN, for claimant.

GEORGE F. BARRETT, Attorney General; ROBERT V. OSTROM, Assistant Attorney General, for respondent.

FISHER, J.

Claimant sold to respondent for the Highway Division of the Department of Public Works and Buildings at Eleroy, Illinois, the following merchandise:

| | |
|---|---|
| May 7, 1941—60 Gallons of Kerosene | $9.00 |
| May 17, 1941—13 Gallons of Gasoline | 2.33 |
| May 21, 1941—10 Gallons of Gasoline | 1.79 |
| May 22, 1941—12 Gallons of Gasoline | 2.15 |
| Total | $15.27 |

Claim for $15.27 was filed on November 9, 1942, and, by stipulation between claimant and respondent was filed a report of the Division of Highways, by M. K. Lingle, which report admits that

"The above claim arose as a result of claimant having furnished gasoline and kerosene to the Division of Highways and not scheduling its invoice in time to be paid in due course. The quantities of materials shown on the copies of invoices included in the complaint as exhibits are correct, the prices are as previously agreed upon, the delivery dates correct, and the materials were received and used by the Division of Highways. An appropriation was in existence and moneys available therein for payment of claimant's invoices had they been scheduled in apt time."

We have heretofore held that where materials or supplies have been properly furnished to the State and a bill therefor has been submitted within a reasonable time, but the same was not approved and vouchered for payment before the lapse of the appropriation from which it is payable, without any fault or neglect on the part of the claimant, an award for the reasonable value of such materials or supplies will be made, where, at the time the expenses were incurred there were sufficient funds remaining unexpended in the appropriation to pay for the same.

An award is therefore entered in favor of the claimant, Henry Koppein, doing business as Koppein and Company and as Koppein's Service, in the sum of Fifteen and Twenty-seven/One Hundredth Dollars ($15.27).